**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 12-cv-01492-WJM

EMELDA MARIE LOPEZ, and
RAYMOND N. LOPEZ

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
ARONOWITZ & MECKELBERG, LLP,
SUSAN J. HENDRICK, and
ORTIZ AND ASSOCIATES, INC., and
All Persons Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiffs' Title, Or Any Cloud On Plaintiffs' Title Thereto, and
DOES 1 THROUGH 100

    Defendants.

_____

## ORDER OF RECUSAL
_____

This matter is before the Court *sua sponte*. The undersigned has a financial interest in Defendant Wells Fargo Bank, N.A., through ownership of shares in three mutual funds owned by a securities affiliate of said named Defendant. Accordingly, pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct for United States Judges, his recusal in this matter is obligatory.

Accordingly, the undersigned hereby RECUSES himself from presiding over this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

Dated this 12th day of June, 2012.

BY THE COURT:

William J. Martínez
United States District Judge