**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 12-cv-01492-CMA-KMT

EMELDA MARIE LOPEZ, and
RAYMOND N. LOPEZ,

    Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
ARONOWITZ & MECKLENBERG, LLP,
SUSAN J. HENDRICK,
ORTIZ AND ASSOCIATES, INC., and
All Persons Claiming Any Legal Or Equitable Right, Title, Estate, Lien, Or Interest In
The Property Described In The Complaint Adverse To Plaintiffs' Title, Or Any Cloud
On Plaintiffs' Title Thereto, and
DOES 1 -100,

    Defendants.

---

## ORDER OF RECUSAL

---

By Notice of Disclosure (Doc. # 5), dated June 13, 2012, the undersigned notified the parties in this matter of her various business associations with Wells Fargo Bank, N.A. On June 22, 2012, Plaintiffs timely filed their request for the undersigned to recuse herself based on said Notice of Disclosure (*see* Doc. # 7).

Based on Plaintiffs' concerns, and Judge Arguello's business relationships with Wells Fargo Bank, N.A., Judge Arguello believes that she should recuse herself. It is, therefore,

ORDERED that the judge's file be returned to the clerk and that this case be reassigned by random draw.

DATED:  June   22  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge