IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01492-RBJ-KMT

EMELDA MARIE LOPEZ, and
RAYMOND N. LOPEZ,

    Plaintiffs,

v.

WELL FARGO BANK, N.A.,
ARONOWITZ & MECKLENBERG, LLP,
SUSAN J. HENDRICK,
ORTIZ AND ASSOCIATES, INC., and
All persons Claiming Any Legal or Equitable Right, Title, Estate, Lien, Or Interest In The Property Described In The Complaint Adverse To Plaintiffs' Title, Or Any Cloud On Plaintiffs' Title Thereto, and
DOES 1-100,

    Defendants.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order [#19], filed November 19, 2012, by the Honorable R. Brooke Jackson, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that the case is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(b) for plaintiff's failure to prosecute and failure to comply with a court order.

DATED at Denver, Colorado this ___19th___ day of November, 2012.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By s/ Edward Butler
    Edward P. Butler
    Deputy Clerk